```
PHILLIP A. TALBERT
Acting United States Attorney
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

**FILED**
Nov 18, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>TAKIYAH HALL,<br><br>              Defendants. | CASE NO. 1:21-CR-00282 NONE-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 18, 2021 charging the above defendant with violations of 18 U.S.C. § 641 – Theft of Public Money; 18 U.S.C. § 981(a)(1)(C) AND 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant

//

//

//

Motion to Seal Indictment                                         1

thereto, except when necessary for the issuance and execution of the warrants.

Dated:  November 18, 2021                         Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                    By    /s/ALEXANDRE M. DEMPSEY
                                          ALEXANDRE M. DEMPSEY
                                          Assistant U.S. Attorney

     IT IS SO ORDERED.

Dated:  November 18, 2021                 _____
                                          SHEILA K. OBERTO
                                          U.S. Magistrate Judge

Motion to Seal Indictment                         2