PHILLIP A. TALBERT
Acting United States Attorney
ALEXANDRE M. DEMPSEY
JOE BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>TAKIYAH HALL,<br><br>    Defendant. | CASE NO. 1:21-CR-00282-NONE-SKO<br><br>UNITED STATES' MOTION TO UNSEAL INDICTMENT, ARREST WARRANT, AND OTHER COURT FILINGS |

The United States hereby moves this Court to unseal the Criminal Indictment, Arrest Warrant, and other court filings in this case. The out-of-custody defendant was arrested on December 1, 2021 in Fresno, California and will make her initial appearance on December 2, 2021. Therefore, the court filings must be unsealed to advise the defendant in open court of the charges against her.

DATED: December 2, 2021

                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        */s/ Alexandre Dempsey*
                                        ALEXANDRE DEMPSEY
                                        Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TAKIYAH HALL, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 1:21-CR-00282-NONE-SKO <br><br> **UNSEALING ORDER** |

Good cause appearing due to the defendant's pending initial appearance, it is hereby ordered that the Criminal Complaint, Arrest Warrant, associated Search Warrant, and related court filings in the above case be UNSEALED.

IT IS SO ORDERED.

Dated:   **December 2, 2021**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

2