HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
TAKIYAH HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TAKIYAH HALL, Defendant. | Case No. 1:21-CR-00282-NONE-SKO **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |

IT IS HEREBY STIPULATED by and between the United States of America and Defendant Takiyah Hall, by and through their respective counsel of record, that a condition of drug testing as approved by the pretrial services officer inadvertently excluded in the Order Setting Conditions of Release (ECF No. 16) be added to Ms. Hall's conditions of pretrial release.

Ms. Hall appeared before the Honorable Barbara A. McAuliffe for an initial appearance and arraignment on an indictment on December 2, 2021. ECF No. 9. Ms. Hall was released on her own recognizance that day with a detention hearing to follow the next day. *Id*. On December 3, 2021, the Court held a detention hearing during which a condition of drug testing was discussed. ECF No. 15. This Court ordered Ms. Hall's release subject to conditions. *Id*. Notwithstanding the discussion on the record about a condition requiring drug testing, such a condition inadvertently was not included in the Order Setting Conditions of Release. *See* ECF No. 16.

Accordingly, the parties stipulate that the following condition be added to Ms. Hall's conditions of pretrial release:

> You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

Pretrial Services Officer Frank Guerrero, who completed Ms. Hall's interview and who was present at the December 2 and 3, 2021 hearings, agrees with the requested modification. The parties agree that the proposed modification is appropriate given the foregoing. A hearing is not requested or needed given the parties' stipulation.

IT IS SO STIPULATED.

Dated:  December 17, 2021

*/s/ Jaya Gupta*
JAYA C. GUPTA
Assistant Federal Defender
Counsel for Defendant Takiyah Hall

Dated:  December 17, 2021

*/s/ Alex Dempsey*
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
Counsel for Plaintiff
United States of America

## ORDER

UPON THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the following condition is added to Defendant Takiyah Hall's conditions of pretrial release:

> You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

IT IS SO ORDERED.

Dated:   **December 17, 2021**

UNITED STATES MAGISTRATE JUDGE