HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
TAKIYAH HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TAKIYAH HALL, Defendant. | Case No. 1:21-CR-00282-JLT-SKO STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER DATE: June 29, 2022 TIME: 1:00 p.m. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On December 2, 2021, the defendant was arraigned before this Court and ordered temporarily released.

2. On December 3, 2021, this Court held a detention hearing for the defendant and ordered her released on conditions. Those conditions were subsequently modified by stipulation on December 17, 2021, and January 6, 2022.

3. By previous stipulation and order, this matter was set for a status hearing before this Court on June 29, 2022, and time was excluded under the Speedy Trial Act until that date.

4. By this stipulation, both parties now move to continue the status hearing until

September 21, 2022.

    5.    The parties agree and stipulate, and request that the Court find the following:

        a)    The parties stipulate that the delay is required to allow the defense reasonable time for preparation and review of discovery, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

        b)    The requested date is a mutually agreeable date for both parties.

        c)    The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of that date to September 21, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161 (h)(1)G), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

        d)    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 22, 2022

        /s/ Jaya Gupta  
        JAYA C. GUPTA  
        Assistant Federal Defender  
        Counsel for Defendant Takiyah Hall

Dated:  June 22, 2022

        /s/ Alex Dempsey  
        ALEXANDRE M. DEMPSEY  
        Assistant United States Attorney  
        Counsel for Plaintiff  
        United States of America

**ORDER**

IT IS SO ORDERED.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 29, 2022 through September 21, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161 (h)(1)G), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv).  At the request of the parties, the June 29, 2022 status hearing in the above case is **CONTINUED** until September 21, 2022.

DATED: 6/23/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE