PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>TAKIYAH HALL,<br><br>                    Defendant. | CASE NO.  1:21-CR-00282-JLT-SKO<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; ORDER<br><br>DATE: September 21, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On December 2, 2021, the defendant was arraigned before this Court and ordered temporarily released.

2.      On December 3, 2021, this Court held a detention hearing for the defendant and ordered her released on conditions.  Those conditions were subsequently modified by stipulation on December 17, 2021, and January 6, 2022.

3.      By previous stipulation and order, this matter was set for a status hearing before this Court on September 21, 2022 and time was excluded under the Speedy Trial Act until September 21, 2022.

4.      By this stipulation, both parties now move to continue the status hearing until November 16, 2022.

5.      The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING CONTINUANCE                   1

      a)     The parties stipulate that the delay is required to allow the defense reasonable time for preparation and review of discovery, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

      b)     The requested date is a mutually agreeable date for both parties.

      c)     The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 21, 2022 to November 16, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161 (h)(1)G), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      d)     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 16, 2022                    PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ ALEXANDRE DEMPSEY
                                                  ALEXANDRE DEMPSEY
                                                  Assistant United States Attorney

Dated: September 16, 2022                    /s/ JAYA GUPTA
                                                  JAYA GUPTA
                                                  Counsel for Defendant
                                                  TAKIYAH HALL

**ORDER**

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 21, 2022, through November 16, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161 (h)(1)G), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv).  At the request of the parties, the September 21, 2022, status hearing in the above case is **CONTINUED** until November 16, 2022.

IT IS SO ORDERED.

DATED: 9/16/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE