HEATHER E. WILLIAMS, #122664
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
TAKIYAH HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TAKIYAH HALL<br><br>                    Defendant. | Case No.  1:21-cr-00282-JLT-SKO<br><br>STIPULATION TO VACATE INITIAL APPEARANCE AND SET CHANGE OF PLEA HEARING; AND ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference currently scheduled for November 17, 2022, before the Honorable Barbara A. McAuliffe be vacated and that Ms. Hall's case be set for change of plea hearing and initial appearance for a second pretrial release violation on November 18, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston.

//

Time has previously been excluded though and including November 16, 2022, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties stipulate to exclusion of time to and including November 18, 2022 on the same grounds as there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: November 15, 2022          By:   /s/ *Jaya C. Gupta*
                                        JAYA C. GUPTA
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        TAKIYAH HALL

PHILLIP TALBERT
United States Attorney

DATED: November 15, 2022          By:   /s/ *Alexandre Dempsey*
                                        ALEXANDRE DEMPSEY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Hall: Stipulation and [Proposed] Order to          -2-
Vacate Status Conference and Set
Change of Plea Hearing

**O R D E R**

IT IS SO ORDERED that the initial appearance in the above-entitled currently scheduled for November 17, 2022, at 2:00 p.m., before the Honorable Barbara A. McAuliffe, shall be vacated and this case shall be set for change of plea and an initial appearance on a second pretrial release violation on **November 18, 2022, at 9:00 a.m. before the Honorable Jennifer L. Thurston**. Time shall be excluded through and including November 18, 2022, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **November 15, 2022**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE