1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIC V. KERSTEN (SBN 312138)
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  TAKIYAH HALL

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No.  1:21-cr-00282-JLT-SKO
12 |         Plaintiff,           |
13 | vs.                          | DEFENDANT'S UNOPPOSED
   |                              | MOTION TO EXTEND SURRENDER
14 | TAKIYAH HALL                 | DATE; ORDER
15 |         Defendant.           |
16

17

18     Defendant Takiyah Hall, by her attorney of record, Assistant Federal Defender, Eric

19 Kersten, hereby moves the Court for a three-day continuance of her surrender date, presently set

20 for January 3, 2023.  Ms. Hall respectfully submits that this continuance is in the best interests of

21 justice for the following reasons.

22     Ms. Hall resides in Fresno with her three juvenile children, twin daughters, age 16, and a

23 12 year old son. Currently, Hall and her children reside with Takiyah's mother, Tamela Hall, and

24 her grandmother, Mary Grant. However, Tamela Hall just started chemotherapy the week before

25 Christmas, and Mary Grant is 92 years old. For these reasons neither is an ideal candidate to care

26 for Takiyah Hall's children while she in custody. Robert Cardenas, the father of Ms. Hall's older

27 children, resides in Oklahoma and will be traveling to Fresno on Friday, January 6, 2003 to pick

28 up all three children and take them to Oklahoma, where they will reside with Mr. Cardenas while

Hall is in custody. Given the inability of Mary Grant and Tamela hall to adequately care for Takiyah Hall's children at this time, a short, three day extension of Ms. Hall's surrender date, is requested. Specifically, Ms. Hall requests that the Court continue her surrender date from Tuesday, January 3, 2023, to Friday, January 6, 2023 at 2:00 pm

Counsel for Ms. Hall has discussed this matter with AUSA Alexandre Dempsey and is informed that the government does not oppose this brief continuance of Ms. Hall's surrender date. Counsel has also spoken with PTS Officer Jessica McConville who has advised that Ms. Hall has submitted clean, urinalysis tests on two occasions since her last court date, and that Pretrial Services makes no position on this request.

DATED: January 3, 2023

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

By:  /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
TAKIYAH HALL

# O R D E R

IT IS SO ORDERED. Takiyah Hall shall surrender to the United States Marshals on or before Friday, January 6, 2023, at 2:00 pm.

IT IS SO ORDERED.

Dated:   **January 3, 2023**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Hall: Unopposed Motion to Extend Surrender Date                -2-