PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAKIYAH HALL,<br><br>Defendant. | CASE NO. 1:21-CR-00282-JLT-SKO<br><br>STIPULATION DISMISSING PETITION AND VACATING INITIAL APPEARANCE; FINDINGS AND ORDER<br><br>DATE: September 21, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On December 13, 2022, the defendant was ordered detained and to self-surrender by January 3, 2023. This self-surrender date was later extended until January 6, 2023, at 2:00 P.M.

2. The defendant failed to self-surrender by January 6, 2023, at 2:00 P.M. and a Third Pretrial Services Violation Petition was issued regarding this failure.

3. The defendant self-surrendered on January 9, 2023 and remains in custody.

4. The defense does not intend to request the defendant's release in advance of the sentencing hearing currently scheduled for February 6, 2023.

5. By this stipulation, both parties, in agreement with Pretrial Services, now move to dismiss the Third Pretrial Services Violation Petition and vacate the Initial Appearance scheduled for January 10, 2023.

STIPULATION REGARDING DISMISSAL OF PETITION   1

6. Since the defendant has already been ordered detained, the Third Pretrial Services Violation Petition is effectively moot.

IT IS SO STIPULATED.

Dated:  January 9, 2023   PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated:  January 9, 2023   /s/ ERIC KERSTEN
ERIC KERSTEN
Counsel for Defendant
TAKIYAH HALL

**ORDER**

Pursuant to the parties' stipulation, the Court dismisses the Third Pretrial Services Violation Petition and vacates the Initial Appearance scheduled for January 10, 2023.

IT IS SO ORDERED.

Dated:  **January 9, 2023**   /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE