IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TAKIYAH HALL,<br><br>　　　　　　　Defendant. | Case No.: 1:21-CR-00282-001 JLT SKO<br><br>ORDER OF RELEASE |

　　　The above-named defendant having been sentenced on February 6, 2023, to Time Served,

　　　IT IS HEREBY ORDERED that the defendant shall be released forthwith.

　　　A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

　Dated:　**February 6, 2023**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE